ATLANTA STEEL COMPANY *v.* GUMBEL & COMPANY LIMITED.

HILL, J. There was no error in overruling the demurrers to the petition as amended.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 12, 1916.

Complaint. Before Judge Bell. Fulton superior court. October 22, 1916.

*Payne & Jones,* for plaintiff in error.

*McDaniel & Black* and *E. A. Neely,* contra.